THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: Civ L.R 7-1(a)(1)(2),(3)
(Rule Number/Section)

U.S. Federal Dist. Court of Phoenix, Arizona

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
FEB 2 6 2008
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**Original Petition**

Case Number: CIV '08 0369 PHX DGC

Elijah Muhammad (AKA)
Charles Muhammad
Stacey Dash X.
Tia + Tamyra X.
Mariah Carey, Alicia Keys
**Plaintiff**

-VS-

Jessie Jackson
Jessie Jackson Jr.
Rainbow Push Coalition
Martin King III
Dexter King
Southern Christian Leadership Conference
Eberneezer Baptist Church
Mrs. Jessie Jackson
Kevin J. Martin F.C.C.
Micheal J. Copps
Martin Luther King Jr. Center
**Defendant** U.S. Department of Interior

Now comes Plaintiff Alleging That The Defendants violated the Following:

The Defendant violated The Fourth Amendment,

The Defendant violated the Fifth Amendment,

The Defendant violated the Sixth Amendment,

The Defendant violated the Eighth Amendment,

Elijah Muhammad Jr.

P.O. Box # 13382
Phoenix, Arizona, 85002
(832) 367-4619

Signature _Elijah Muhammad Jr._
Date 2-26-08